**08 CV 01713**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL GOLD MINING, LLC,

                        Petitioner,

-against-

VARDAN AYVAZIAN,

                        Respondent.

Case No. 08-____

ECF CASE

**RULE 7.1 STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that petitioner Global Gold Mining, LLC is a wholly owned subsidiary of Global Gold Corporation, a publicly-traded company. No other entity owns more than 10% of the stock of Global Gold Mining, LLC.

Dated: New York, New York
February 21, 2008

                                      KING & SPALDING LLP

                                      _____
                                      Edward G. Kehoe
                                      Louisa B. Childs
                                      1185 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 556-2100
                                      Facsimile: (212) 556-2246

R. Doak Bishop
Wade M. Coriell
1100 Louisiana, Suite 4000
Houston, TX 77002-5213
Phone: (713) 751-3200
Fax: (713) 751-3290

Kenneth R. Fleuriet
25 Cannon Street
London EC4M 5SE
United Kingdom
Phone:  +44 (0)20-7551-7500
Fax:  +44 (0)20-7551-7575

*Attorneys for Petitioner Global Gold Mining, LLC*