UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GOLD MINING, LLC, <br><br> Petitioner, <br><br> -against- <br><br> VARDAN AYVAZIAN, <br><br> Respondent. | Case No.:08-_____ <br><br> ECF CASE |

**RELATED CASE STATEMENT**

1. This case is related to Global Gold Mining, LLC v. Peter M. Robinson, et al., Case No. 07 Civ. 10492 (GEL), because both cases (i) are based on the same agreement, (ii) involve enforcement of the arbitration clause of that agrement, and (iii) relate to the arbitrability of claims against Respondent Vardan Ayvazian.

2. Both cases arise from the Share Purchase Agreement (the "SPA"), dated December 21, 2003, between Global Gold Mining, LLC ("Global Gold") and Varden Ayvazian, Mayren Batoyen, Edward Janibekian, and Yurik Lalazaryan. Both cases involve claims that Ayvazian, Batoyen, Janibekian, and Lalazaryan lied to Global Gold in making various seller representations and warranties, and stood in breach of the SPA.

3. Both cases involve the arbitration clause in the SPA. The previous case before the Honorable Gerard E. Lynch, Case No. 07 Civ. 10492 (GEL), related to the reviewability of a decision by the International Court of Arbitration ("ICC Court") of the International Chamber of Commerce ("ICC") finding Global Gold's dispute with Ayvazian not arbitrable. In dismissing that action, Judge Lynch stated that an action to ask this or another court "whether or not there is

a binding arbitration agreement" must be brought as a motion to compel. Accordingly, Petitioners seek in the instant case to compel Ayvazian to arbitrate.

4.  Referral of this matter to the Honorable Gerard E. Lynch will advance the just efficient, and economical conduct of these matters and will result in a substantial savings of judicial resources. Accordingly, Petitioner respectfully requests that this case be resolved before the Honorable Gerard E. Lynch.

Dated: New York, New York
      February 21, 2008

    KING & SPALDING LLP

    _____
    Edward G. Kehoe
    Louisa B. Childs
    1185 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2246

    R. Doak Bishop
    Wade M. Coriell
    1100 Louisiana, Suite 4000
    Houston, TX 77002-5213
    Phone: (713) 751-3200
    Fax: (713) 751-3290

    Kenneth R. Fleuriet
    25 Cannon Street
    London EC4M 5SE
    United Kingdom
    Phone: +44 (0)20-7551-7500
    Fax: +44 (0)20-7551-7575

    *Attorneys for Petitioner Global Gold Mining, LLC*