UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL GOLD MINING, LLC,

       Petitioner,

-against-

VARDAN AYVAZIAN,

       Respondent.

**NOTICE OF PETITION
TO COMPEL ARBITRATION**

08 CV 01713

Case No.:08-_____

ECF CASE

---

   PLEASE TAKE NOTICE that upon the annexed Petition and the accompanying Memorandum of Law in Support of Petition to Compel Arbitration, Petitioner Global Gold Mining, LLC will petition this Court, located at 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, pursuant to 9 U.S.C. § 206, for an Order compelling Vardan Ayvazian to submit to arbitration of all claims asserted by Petitioner.

   Venue is based upon the arbitration agreement and under Article 6(2) of the ICC Rules of Arbitration.

   PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1, any ANSWERING PAPERS shall be served on counsel for petitioner within ten business days after service of this Notice of Petition and the papers on which it is based.

Dated:   New York, New York
         February 21, 2008

KING & SPALDING LLP

*signature*

Edward G. Kehoe
Louisa B. Childs
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile:  (212) 556-2246

R. Doak Bishop
Wade M. Coriell
1100 Louisiana, Suite 4000
Houston, TX 77002-5213
Phone: (713) 751-3200
Fax: (713) 751-3290

Kenneth R. Fleuriet
25 Cannon Street
London EC4M 5SE
United Kingdom
Phone:  +44 (0)20-7551-7500
Fax:  +44 (0)20-7551-7575

*Attorneys for Petitioner Global Gold Mining, LLC*

TO:   Vardan Ayvazian
      Building 22, Block 6,
      Apartment 16
      Charentsavan, Kotaik Region
      Armenia
      10 Alex Manukian Street
      Yerevan, Armenia

      *Respondent*

2