KING & SPALDING LLP
Edward G. Kehoe
Louisa B. Childs
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2246
Attorneys for Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GOLD MINING, LLC,<br><br>       Petitioner,<br><br>-against-<br><br>VARDAN AYVAZIAN,<br><br>       Respondent. | **DECLARATION OF SERVICE**<br><br>Case No.:08-1713<br><br>Judge Deborah A. Batts<br>ECF CASE |

    Hrayr Ghukasyan, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

    1.  I am not a party to this action and am over the age of 18 years.

    2.  I am an attorney and counselor of law, duly licensed to practice law in the courts of Armenia. I am also a professor of law at Yeravan State University.

    3.  I speak English and understand fully this declaration.

    4.  Pursuant to the United States of America's Federal Rules of Civil Procedure Rule 4(f)(2)(A) and the applicable laws of Armenia, on March 10, 2008, I served the following documents to Respondent Vardan Ayvazian via certified mail, return receipt requested: (1) Civil Cover Sheet with attached Related Case Statement; (2) Rule 7.1 Statement; (3) Notice of Petition

to Compel Arbitration; (4) Petition to Compel Arbitration; (5) Memorandum of Law in Support of Petition to Compel Arbitration; and (6) Declaration of Edward Kehoe in Support of Memorandum of Law with Accompanying Exhibits.

    5.    Such documents were placed in a sealed envelope with postage-paid into a depository of the Armenia postal authorities addressed to respondent at the following addresses:

    a.    19 Baghramyan av, National Assembly of RA, Yeravan, Armenia (Ayvazian's registered address);

    b.    16 Apt., 22, bld. 6th Region, Charentsavan, Armenia (Ayvazian's alternative address).

    6.    This method of service is prescribed by Armenian law for service in Armenia in an action in its courts of general jurisdiction.

    7.    Attached to this Declaration as Exhibit A is a true copy of the return receipt card for the documents addressed to 19 Baghramyan av, National Assembly of RA, Yeravan, Armenia, which indicates that the package was received and signed for on March 11, 2008.

    8.    Attached to this Declaration as Exhibit B is a true copy of the return receipt card for the documents addressed to 16 Apt., 22, bld. 6th Region, Charentsavan, Armenia, which indicates that the package was received and signed for on March 12, 2008.

    9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 09, 2008
    Yeravan, Armenia

_____
Hrayr Ghukasyan

| | | CN 07 |
|---|---|---|
| Տրման փոստային ադմինիստրացիա /<br>Postal administration of origin | ADVICE of receipt/of delivery/of payment/of entry /<br>ԾԱՆՈՒՑԱԳԻՐ ստացման/հանձնման/վճարման/մուտքագրման | |
| Հանձնման գրասենյակ /<br>Office of posting | Ամսաթիվ /<br>Date | Ծառայողական /<br>On postal service |
| Առաքվող հացցեատեր /<br>Addressee of the item<br>ՀՀ Կաարան Այվազյանին<br>ք. Երևան, Բաղրամյան 19 | | A.R.<br>Ծանուցագիրը վերադարձնող գրասենյակի կնիքը /<br>Stamp of the office returning the advice |
| Առաքման բնույթը / Nature of the item | | Առաջնային / Priority<br>Օդային / By airmail |
| Առաջնային /<br>Priority<br>☒ Նամակ / Letter | Ոչ առաջնային /<br>Non-Priority<br>☐ Տպագրական թղթակցություն /<br>Printed paper | Ծանրոց /<br>☐ Parcel | Վերադարձնել /<br>Return to<br>ք. Երևան, Բաղրամյան 1/1<br>Գերագույն Դատարան ՍԴԲ |
| Պատվիրված /<br>☐ Registered | ☒ Վկայագրված հանձնում /<br>Recorded delivery | Գնահատված /<br>☐ Insured | Անուն կամ գրասենյակի անվանում /<br>Name |
| Առաքման բիվը /<br>No of item  408 | | Գումար /<br>Amount  11 03 08 10 | Փողոց և թիվ /<br>Street and No |
| Հասարակ դրամական փոխանցություն /<br>☐ Ordinary money order | | Գումար /<br>Amount  0095 | Բնակավայր և երկիր /<br>Locality and country |
| Փոխանցման կտրոն /<br>☐ Inpayment money order | Վճարման հանձնարարականի կտրոն /<br>☐ Outpayment cheque | | |
| Լրացվում է նշանակման վայրում / To be completed at the point of destination | | | |
| The item mentioned above has been duly<br>☒ հանձնվել է / delivered  ☐ վճարվել է / paid | | գրանցվել է ընթացիկ փոստային հաշվին /<br>☐ credited to giro account | № 408 |
| Ամսաթիվ և ստորագրություն / Date and signature<br>11.03.08 12ը Մհ Օհանեսյան քաղ․ | | | |

* Այս ծանուցագիրը կարող է ստորագրվել հասցեատիրոջ, կամ, եթե նշանակման երկրի կանոնակարգը նախատեսում է այդ, այլ լիազորված անձի կողմից / This advice may be signed by the addressee or, if the regulations of the country of destination so provide, by another authorized person

12/8

| Տրման փոստային ադմինիստրացիա /<br>Postal administration of origin | ADVICE of receipt/of delivery/of payment/of entry<br>ԾԱՆՈՒՑԱԳԻՐ ստացման/հանձնման/վճարման/գրանցման | | CN 07 |
|---|---|---|---|
| Հանձնման գրասենյակ /<br>Office of posting | Ամսաթիվ /<br>Date | | Ծառայողական /<br>On postal service |
| Առաքանու հասցեատեր /<br>Addressee of the item | | | A.R.<br>Ծանուցագիրը վերադարձնող գրասենյակի կնիքը /<br>Stamp of the office returning the advice |
| Առաքանու բնույթը / Nature of the item | | Առաջնային / Priority<br>Օդային / By airmail | |
| Առաջնային /<br>Priority<br>Նամակ / Letter | Ոչ առաջնային /<br>Non-Priority<br>Հրատարակչություն /<br>Printed paper | Ծանրոց /<br>Parcel | Վերադարձնել /<br>Return to |
| Պատվիրված /<br>Registered | Վկայագրված հանձնում /<br>Recorded delivery | Գնահատված /<br>Insured | Անուն կամ գրասենյակի անվանում /<br>Name |
| Առաքանու թիվը /<br>No of item | | Գումար /<br>Amount | Փողոց և թիվ /<br>Street and No |
| Հասարակ դրամական փոխանցություն /<br>Ordinary money order | | Գումար /<br>Amount | Բնակավայր և երկիր /<br>Locality and country |
| Փոխանցման կտրոն /<br>Inpayment money order | Վճարման հանձնարարականի կտրոն /<br>Outpayment cheque | | |
| Լրացվում է նշանակման վայրում / To be completed at the point of destination | | | |
| The item mentioned above has benn duly | | | |
| հանձնվել է /<br>delivered | վճարվել է /<br>paid | գրանցվել է ընթացիկ փոստային հաշվին /<br>credited to giro account | |
| Ամսաթիվ և ստորագրություն / Date and signature* | | | |

* Այս ծանուցագիրը կարող է ստորագրվել հասցեատիրոջ կամ, եթե նշանակման երկրի կանոնակարգը նախատեսում է այն, այլ լիազորված անձի կողմից / This advice may be signed by the addressee or, if the regulations of the country of destination so provide, by another authorized person