Edward G. Kehoe
Louisa B. Childs
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100 (phone)
(212) 556-2222 (fax)
*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL GOLD MINING, LLC,<br><br>                        Petitioner,<br><br>           -against-<br><br>VARDAN AYVAZIAN,<br><br>                        Respondent. | **NOTICE OF DEFAULT**<br><br>Case No.:08cv1713<br><br>Judge Deborah A. Batts<br>ECF CASE |

       PLEASE TAKE NOTICE, that on April 9, 2008, the Clerk of Court issued the attached Clerk's Certificate, which notes the default of Respondent VARDAN AYVAZIAN.

Dated:   New York, New York
           April 9, 2008

                                      KING & SPALDING LLP

                                      /s/ Edward G. Kehoe_____
                                      By: Edward G. Kehoe
                                      1185 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 556-2100
                                      Facsimile:  (212) 556-2246
                                      Email:  EKehoe@kslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL GOLD MINING, LLC,

                Petitioner,

-against-

VARDAN AYVAZIAN,

                Respondent.

**CLERK'S CERTIFICATE**

Case No.:08-1713

Judge Deborah A. Batts
ECF CASE

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 21, 2008, with the filing of a Petition to Compel Arbitration (the "Petition"). Copies of the Petition were served on Respondent Vardan Ayvazian on March 11, 2008, and March 12, 2008, in accordance with Federal Rule of Civil Procedure Rule 4(f)(2)(A), and proof of such service was filed on April 9, 2008.

    I further certify that the docket entries indicate Mr. Ayvazian has not filed any response to the Petition. The default of Respondent Vardan Ayvazian is hereby noted.

Dated: New York, New York
         April 9, 2008

                                      **J. MICHAEL MCMAHON**
                                      Clerk of the Court

                By: _____
                             Deputy Clerk