ORIGINAL *Batts, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL GOLD MINING, LLC,

                    Petitioner,

    -against-

VARDAN AYVAZIAN,

                    Respondent.

**DEFAULT JUDGMENT**

Case No.: 08-1713

Judge Deborah A. Batts

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 25, 2008

    This action having been commenced on February 21, 2008, by the filing of the Petition to Compel Arbitration (the "Petition"), and a copy of the Petition having been served on respondent Vardan Ayvazian on March 11, 2008, and March 12, 2008, by certified mail, pursuant to Armenian law and Rule 4(f)(2)A) of the Federal Rules of Civil Procedure, and proof of service having been filed on April 9, 2008, and the respondent not having filed any response to the Petition, and the time for filing a response to the Petition having expired, it is

    ORDERED, ADJUDGED AND DECREED:

1.    That Vardan Ayvazian shall be a respondent in ICC Case No. 14 770/EBS, and that the tribunal of arbitrators convened in ICC Case No. 14 770/EBS shall finally resolve the claims brought by Global Gold Mining, LLC, against him; and

2.    That Ayazian shall pay costs to Global Gold Mining, LLC; and

3.    That Global Gold Mining, LLC, may move for attorney's fees pursuant to Rule 54(d) of the Federal Rules of Civil Procedure within 14 days of entry hereof.

**SO ORDERED**

*Deborah A. Batts*  6/24/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE